UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 |
| | JUDGE ROBIN L. ROSENBERG MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

**THIS DOCUMENT RELATES TO:**

20-cv-81243-RLR
20-cv-81249-RLR
20-cv-81256-RLR
20-cv-81259-RLR
20-cv-81261-RLR
20-cv-81262-RLR
20-cv-81263-RLR
20-cv-81264-RLR
20-cv-81265-RLR
20-cv-81276-RLR
20-cv-81277-RLR
20-cv-81283-RLR
20-cv-81285-RLR
20-cv-81289-RLR
20-cv-81294-RLR
20-cv-81296-RLR
20-cv-81297-RLR
20-cv-81298-RLR
20-cv-81303-RLR
20-cv-81314-RLR
20-cv-81318-RLR
20-cv-81319-RLR
20-cv-81320-RLR
20-cv-81321-RLR
20-cv-81323-RLR
20-cv-81329-RLR
20-cv-81330-RLR
20-cv-81331-RLR
20-cv-81332-RLR
20-cv-81333-RLR
20-cv-81335-RLR
20-cv-81339-RLR
20-cv-81345-RLR

    20-cv-81349-RLR
    20-cv-81350-RLR
    20-cv-81356-RLR

## ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT

**THIS CAUSE** is before the Court *sua sponte*. The above-styled cases are consolidated in MDL proceeding 20-MD-2924 for all pretrial purposes, and the parties are directed to submit all filings in the MDL action. It light of the consolidation of all cases in the MDL action, it is **ORDERED AND ADJUDGED** that the Clerk of the Court shall mark the following cases as **CLOSED** for administrative purposes only:

    20-cv-81243-RLR
    20-cv-81249-RLR
    20-cv-81256-RLR
    20-cv-81259-RLR
    20-cv-81261-RLR
    20-cv-81262-RLR
    20-cv-81263-RLR
    20-cv-81264-RLR
    20-cv-81265-RLR
    20-cv-81276-RLR
    20-cv-81277-RLR
    20-cv-81283-RLR
    20-cv-81285-RLR
    20-cv-81289-RLR
    20-cv-81294-RLR
    20-cv-81296-RLR
    20-cv-81297-RLR
    20-cv-81298-RLR
    20-cv-81303-RLR
    20-cv-81314-RLR
    20-cv-81318-RLR
    20-cv-81319-RLR
    20-cv-81320-RLR
    20-cv-81321-RLR
    20-cv-81323-RLR
    20-cv-81329-RLR
    20-cv-81330-RLR
    20-cv-81331-RLR

      20-cv-81332-RLR
      20-cv-81333-RLR
      20-cv-81335-RLR
      20-cv-81339-RLR
      20-cv-81345-RLR
      20-cv-81349-RLR
      20-cv-81350-RLR
      20-cv-81356-RLR

All pending motions are the above-listed cases are hereby **DENIED WITHOUT PREJUDICE**[1] for the movant to comply with the procedures outlined in Pretrial Order # 24, paragraph 10.

      **DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 20th day of August, 2020.

                                                          _____
                                                          ROBIN L. ROSENBERG
Copies furnished to Counsel of Record        UNITED STATES DISTRICT JUDGE

---

[1] In the event the date of filing of any motion denied without prejudice is material, the Court will deem the date of filing for any renewed motion to be the date of filing for the original motion.